No. 86–6784.  RIOS v. WYOMING.  Sup. Ct. Wyo.  Certiorari denied.

No. 86–6793.  PRIEST v. KANSAS.  Sup. Ct. Kan.  Certiorari denied.

No. 86–6794.  LIFFITON v. TOWN OF AMHERST ET AL.  C. A. 2d Cir.  Certiorari denied.

No. 86–6800.  DENBY v. SITTON ET AL.  C. A. 5th Cir.  Certiorari denied.

No. 86–6808.  CANNON v. UNITED STATES.  C. A. 11th Cir.  Certiorari denied.

No. 86–6812.  WILLIAMS v. UNITED STATES.  C. A. 7th Cir.  Certiorari denied.

No. 86–6813.  SABLOSKY v. UNITED STATES.  C. A. 8th Cir.  Certiorari denied.

No. 86–6828.  FILAR v. GIELOW, CHAIRMAN, RAILROAD RETIREMENT BOARD.  C. A. 7th Cir.  Certiorari denied.

No. 86–6839.  WILLIAMS v. TEXAS.  Ct. App. Tex., 14th Dist.  Certiorari denied.

No. 86–6841.  GORDON v. BOWEN, SECRETARY OF HEALTH AND HUMAN SERVICES.  C. A. 9th Cir.  Certiorari denied.

No. 86–6846.  CLEVELAND v. WARDEN, MARYLAND HOUSE OF CORRECTIONS.  C. A. 4th Cir.  Certiorari denied.

No. 86–6847.  HAWKINS v. UNITED STATES.  C. A. 3d Cir.  Certiorari denied.

No. 86–6854.  CARTER v. UNITED STATES.  C. A. 2d Cir.  Certiorari denied.

No. 86–6858.  JOHNSON v. UNITED STATES.  Ct. App. D. C.  Certiorari denied.

No. 86–6859.  SOTO v. UNITED STATES.  C. A. 9th Cir.  Certiorari denied.